IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

HOSEA J. DUMAS                                              PLAINTIFF

            v.              Civil No. 06-1022

JO ANNE B. BARNHART, Commissioner,
Social Security Administration                             DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss plaintiff's case with prejudice.  **The parties have sixty days from entry of the judgment on the docket in which to appeal**.

IT IS SO ORDERED AND ADJUDGED this 19th day of January 2007.


                                    /s/ Robert T. Dawson
                                    HONORABLE ROBERT T. DAWSON
                                    UNITED STATES DISTRICT JUDGE